## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CR-88 |
| ) | |
| KENNETH W. HARRIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE # 163) filed on October 22, 2008. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Kenneth W. Harris's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. § 846.

This matter is set for sentencing on April 30, 2009, at 1:30 p.m.

**DATED: November 18, 2008**       /s/RUDY LOZANO, Judge
                                    **United States District Court**